**John (Jimmy) ADAMS, Plaintiff–Appellant,**

v.

**CHATTOOGA COUNTY, Ralph Kellett, as an Individual and in his Official Capacity as Chattooga Co. Sheriff, Eddie Colbert, as an Individual and his Official Capacity as Investigator of the Chattooga County Sheriff's Office, T.L. Maddux, as an Individual and in his Official Capacity as Magistrate Judge of Chattooga County, Defendants–Appellees,**

**Herbert E. (Buzz) Franklin, as an Individual and in his Official Capacity as District Attorney, Lookout Mtn. Judicial Circuit, et al., Defendants.**

No. 06–12170
Non–Argument Calendar.
D.C. Docket No. 04–00234–CV–4–HLM.

United States Court of Appeals,
Eleventh Circuit.

Aug. 22, 2006.

---

*United States v. Talley*, 431 F.3d 784, 786 (11th Cir.2005) (per curiam) (citations omitted).

ted).

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

The final judgments entered in favor of the defendants/appellees are affirmed for the reasons stated in the detailed ORDER on defendant Franklin's motion to dismiss (ORDER dated March 8, 2005) and the detailed ORDER granting summary judgment in favor of all remaining defendants/appellees as to all pending claims (ORDER dated March 15, 2006).

AFFIRMED.